In the United States District Court

for the __Eastern__ District of __Virginia__

**11CRIM 696**
FILED

United States of America

v.

__Hector X. Monsegur__

**11CRIM 696**

Criminal No. 2011 AUG -8 P 3: 35
1:11-CR-250 CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Hector X. Monsegur__, defendant, have been informed that an __Information__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __august 5th__, 19— __2011__ at __New York, NY__

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/11

Approved

__Neil H. MacBride/__ BY JOHN EISINGER
United States Attorney for the
__EDVA__ District of

__Preet Bharara/__ By James Pastore
United States Attorney for the
__SDNY__ District of