**11 CRIM 696**

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2011 AUG -4  P 4: 55

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal Case No.: 1:11-CR-381 |
| ) | |
| HECTOR XAVIER MONSEGUR, ) | Count 1: Computer Fraud |
| a/k/a "Sabu," ) | (18 U.S.C. § 1030(a)(5)(A)) |
| a/k/a "Xavier DeLeon," ) | |
| a/k/a "Leon," ) | **UNDER SEAL** |
| ) | Pursuant to Local Rule 49(G) |
| Defendant. ) | |

## CRIMINAL INFORMATION

COUNT ONE
(Computer Hacking of PBS)

THE UNITED STATES ATTORNEY CHARGES:

From in or about May 2011 through in or about June 2011, in the Eastern District of Virginia, the Southern District of New York, and elsewhere, HECTOR XAVIER MONSEGUR, a/k/a "Sabu," a/k/a "Xavier DeLeon," a/k/a "Leon," the defendant, willfully and knowingly caused the transmission of a program, information, code and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, and thereby caused at least $5,000 in harm to one and more persons during a one-year period, to wit, MONSEGUR, while using a computer located in New York, New York, within the Southern District of New York, together with others, intentionally accessed without authorization the computer servers of the Public Broadcasting System ("PBS"), which were located in Alexandria,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/11

1

Virginia, within the Eastern District of Virginia, and stole confidential information and defaced PBS's website, PBS.org, causing at least $5000 in damage.

(In violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i) & 2.)

                                                          Respectfully Submitted,

                                                          Neil H. MacBride
                                                          United States Attorney

By:                /s/
                                                          John Eisinger
                                                          Virginia Bar No. 65428
                                                          Attorney for the United States
                                                          U.S. Attorney's Office
                                                          Justin W. Williams U.S. Attorney's Building
                                                          2100 Jamieson Avenue
                                                          Alexandria, Virginia 22314
                                                          703-299-3700 [Phone]
                                                          703-299-3981 [Fax]
                                                          ausa@eisinger.net

**11 CRIM 696** CLOSED

# U.S. District Court
## Eastern District of Virginia - (Alexandria)
### CRIMINAL DOCKET FOR CASE #: 1:11-cr-00381-TSE All Defendants *SEALED*
#### Internal Use Only

Case title: USA v. Monsegur

Date Filed: 08/04/2011
Date Terminated: 08/08/2011

Assigned to: District Judge T. S. Ellis, III

### Defendant (1)

**Hector Xavier Monsegur**
*TERMINATED: 08/08/2011*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:1030(a)(5)(A), 1030(c)(4)(B)(i)&2
Computer Fraud
(1)

**Disposition**

Rule 20

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **John Frank Eisinger**
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3906
Fax: (703) 299-3981

Email: ausa@eisinger.net
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2011 | 1 | INFORMATION as to Hector Xavier Monsegur (1) count(s) 1. (krob, ) (Entered: 08/05/2011) |
| 08/04/2011 | 2 | Redacted Criminal Case Cover Sheet (krob, ) (Entered: 08/05/2011) |
| 08/04/2011 | 3 | (Court only) Defendant Information Sheet (krob, ) (Entered: 08/05/2011) |
| 08/04/2011 | 4 | NOTICE by USA as to Hector Xavier Monsegur (krob, ) (Entered: 08/05/2011) |
| 08/04/2011 | 5 | NON-CONFIDENTIAL Memorandum by USA as to Hector Xavier Monsegur (krob, ) (Entered: 08/05/2011) |
| 08/04/2011 | 6 | MOTION to Seal Case by USA as to Hector Xavier Monsegur. (krob, ) (Entered: 08/05/2011) |
| 08/04/2011 | 7 | ORDER granting 6 Motion to Seal Case as to Hector Xavier Monsegur (1). Signed by District Judge T. S. Ellis, III on 8/4/11. (krob, ) (Entered: 08/05/2011) |
| 08/08/2011 | 8 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to Hector Xavier Monsegur (1) Count 1. (krob, ) (Entered: 08/09/2011) |
| 08/08/2011 |   | (Court only) ***CLOSED flag(s) set. (krob, ) (Entered: 08/09/2011) |

FORM OBD-101    Formerly USA-18
8-27-74

**RULE 20—TRANSFER NOTICE**

11 CRIM 696

| TO: Neil H. MacBride, USA, EDVA<br>By: John Eisinger, AUSA | DISTRICT: EDVA | DATE: August 4, 2011 |
|---|---|---|
| NAME OF SUBJECT: Hector X. Monsegur | STATUTE VIOLATED: 18 USC 1030 | FBI DATA: 11 Cr. 666 (LAP) |

## PART A—DISTRICT OF ARREST

[X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. 1:11-CR-381

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA        DATE OF SENTENCE        SENTENCE

| FROM (Signature and Title): Preet Bharara, USA, SDNY<br>By: James Pastore, AUSA | ADDRESS: One St. Andrew's Plaza<br>New York, NY 10007 |
|---|---|

## PART B—DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock. (Kindly notify me of any anticipated delay.)

[X] Enclosed are two certified copies of indictment or information. Docket No. 1:11-CR-381

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE: NEIL H. MACBRIDE BY<br>Neil H. MacBride, U.S. Attorney, EDVA<br>By: John Eisinger, AUSA | DISTRICT: EDVA | DATE: 08/08/11 |
|---|---|---|

See United States Attorneys Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 64.1, United States Attorneys Manual.

DOJ