USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/6/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - v. -                    :

HECTOR XAVIER MONSEGUR,           :
    a/k/a "Sabu,"
    a/k/a "Xavier DeLeon,"        :
    a/k/a "Leon,"
                                  :

                Defendant.        :

- - - - - - - - - - - - - - - - - -x

UNSEALING
ORDER

S1 11 Cr. 666 (LAP)
11 Cr. 693 (LAP)
11 Cr. 694 (LAP)
11 Cr. 695 (LAP)
11 Cr. 696 (LAP)
11 Mag. 1509

Upon the application of the Government, it is hereby

ORDERED that all records and proceedings, including copies

of pleadings and transcripts, associated with the cases with

docket numbers S1 11 Cr. 666 (LAP), 11 Cr. 693 (LAP), 11 Cr. 694

(LAP), 11 Cr. 695 (LAP), 11 Cr. 696 (LAP), and 11 Mag. 1509,

which had by previous order of this Court been sealed and

captioned as United States v. John Doe, be unsealed and

captioned under their true names.  It is further

ORDERED that this unsealing order shall be effective 9:00

a.m. on March 6, 2012.


SO ORDERED.

Dated:    March 5  , 2012
          New York, New York


                              _____
                              HON. LORETTA A. PRESKA
                              Chief United States District Judge